UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS TORRES,<br><br>                       Plaintiff,<br><br>       -against-<br><br>WELLPATH,<br><br>                      Defendant. | 23cv10602 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the May 9, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

  Dated:   May 9, 2024
               New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                            Chief United States District Judge